UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| SALVADOR BUENROSTRO, | ) | No. CV 10-5747-CJC (AGR) |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| MICHAEL MARTEL, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. Sec. 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice, and that Respondent's motion to dismiss based on expiration of the statute of limitations is denied as moot.

DATED: July 20, 2011

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE