JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

SALVADOR BUENROSTRO,  ) No. CV 10-5747-CJC (AGR)
    Petitioner,  )
      ) **JUDGMENT**
  v.  )
MICHAEL MARTEL,  )
    Respondent.  )

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: July 20, 2011

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE